AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUL 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ABIGAIL ALVAREZ-LICEA | CASE NUMBER: 08CR2499 BEN |

I, ABIGAIL ALVAREZ-LICEA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Abigail Alvarez Licea*
Defendant

*Matt Lee*
Counsel for Defendant

Before *[signature]*
Judicial Officer